STATE of Missouri, Respondent,

v.

Kenneth Neal LOGAN, Appellant.

No. WD 66918.

Missouri Court of Appeals,
Western District.

Aug. 28, 2007.

Margaret Mueller Johnston, Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before VICTOR C. HOWARD, Chief Judge, PATRICIA BRECKENRIDGE, Judge and JOSEPH M. ELLIS, Judge.

### ORDER

PER CURIAM.

Kenneth N. Logan appeals from his conviction by jury of one count of driving while intoxicated, § 577.010, and one count of driving while revoked, § 302.321. After a thorough review of the record, we conclude that appellant's convictions were supported by the evidence. No jurisprudential purpose would be served by a formal written opinion; however, a memorandum explaining the reasons for our decision has been provided to the parties.

Judgment affirmed. Rule 30.25(b).